PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 07/2021)

**FILED**

## IN THE UNITED STATES DISTRICT COURT
### FOR THE ___WESTERN___ **DISTRICT OF TEXAS**
_____ **DIVISION**

JUL - 5 2022

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

_Clarence Lee El_ 18414180
Plaintiff's Name and ID Number

_EdEN Tx 76837_
Place of Confinement

**SA22CA0719 FB**

CASE NO._____
(Clerk will assign the number)

v.

_DAVid A. EZRA  262 WEST NUEVA STREET_
Defendant's Name and Address   _SAN ANTONIO TX 78207_

_Sgt. Compton   EdEN Tx  76837_
Defendant's Name and Address

_____
Defendant's Name and Address
( DO NOT USE "ET AL.")

_____

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form**.

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1.  In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $52.00 for a total fee of **$402.00**.

2.  If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3.  The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $52.00 administrative fee does not apply to cases proceeding *in forma pauperis.*)

4.  If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I.  PREVIOUS LAWSUITS:

   A.  Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___ YES ✓NO

   B.  If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

   1.  Approximate date of filing lawsuit:_____

   2.  Parties to previous lawsuit:

   Plaintiff(s)_____

   Defendant(s)_____

   3.  Court: (If federal, name the district; if state, name the county.)_____

   4.  Cause number:_____

   5.  Name of judge to whom case was assigned: _____

   6.  Disposition: (Was the case dismissed, appealed, still pending?) _____

   7.  Approximate date of disposition:_____

II.    PLACE OF PRESENT CONFINEMENT: _____

III.    EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?        ✓YES ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.    PARTIES TO THIS SUIT:

A.  Name and address of plaintiff: _CLARENCE LEE EL  EdEN TX P.O. BOX 1617_
_____ 18414180 _____

_____

B.  Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

ACTiNG JudGE
Defendant #1: _DAVid ALAN EZRA↑, UNiTEd STATES DisTRicT CourT WESTERN_
_DisTRicT 262 WEST NuEVA STREET SAN ANTONiO, TX 78207_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_BREECH OF CONTRACT by A FudiciARY TRusTEE_

Defendant #2: _SgT. CompTON, ANd STAFF EXCERSiNG LACK OF SAFTY_
_ANd SECuRiTy iN A VOLiENT LiFE THREATiNG SiTuATiON SEE AFFidAViT OF_
                                                                    compLAiNT
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #3: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

V.    STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

David ALAN Ezra, I CLARENCE LEE ACCEPTED FOR VALUE A NEGATIVE COMMERCIAL CLAIM AND TENDERED iT A VALid OFFER OF PERFORMANCE, my TENDER WAS DENIED WITH NO EXPLANATION, A BREECH OF CONTRACT by A Fudiciary TrustEE ACTing AS Judge.
Sgt. ComptoN, AND STAFF EXCERSiNg LACK OF SAFTY AND SECURITY iN A VOLiENT LiFE THREATINg SiTUATION SEE AFFidAViT OF CompLAiNT

VI.    RELIEF:

State briefly exactly what you want the court to do for you.   Make no legal arguments. Cite no cases or statutes.

RELEASE WiTHOUT CONDiTION OR dELAy, dEFAULT judgEMENT ENTERED 34,429,500.00 FOR COMPENSATORY dAMAGES iNCLudES PuNiTiVE dAMAGES

VII.    GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

MiCHAEL WHiTSON, TyRONE WiLLiAMS, ANWAR HUSSAiN, CLARENCE LESTER LEE, CLARENCE LEE, OMAR ALi GRANT

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

doN'T KNOW TDCJ NumbER

VIII.    SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES ✓NO

B. If your answer is "yes," give the following  information for every lawsuit in which sanctions  were imposed. (If more than one, use another piece of paper and answer the same questions.)

1.  Court that imposed sanctions (if federal, give the district and division): _____

2.  Case number: _____

3.  Approximate date sanctions were imposed: _____

4.  Have the sanctions been lifted or otherwise satisfied?                                    ____YES ____NO

C.  Has any court ever warned or notified you that sanctions could be imposed?      _____ YES  ✓ NO

D.  If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1.  Court that issued warning (if federal, give the district and division): _____

2.  Case number: _____

3.  Approximate date warning was issued: _____

Executed on: _____
          DATE

_____
*Clarence Lee El*
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1.  I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2.  I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3.  I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4.  I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5.  I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this ___28___ day of ___June___, 20 _22_.
         (Day)              (month)              (year)

6/28/2022

SHARON K WATSON
Notary ID #132564027
My Commission Expires
July 10, 2024

_____
*Clarence Lee El*
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

COVER LETTER

DEAR CLERK OF THE COURT

I CERTIFY THAT THIS IS THE EXACT COPY AND BRIEF
OF ALL FOREGOING documents, ARE bEING SENT FOR
YOUR iNFORMATION ONLy:

1. AFFidAviT oF CompLAiNT
2. ExHibiT (A)
3. WRiT oF Quo WARRANTO ANd WRiT oF MANdANMus
4. REQuEST FOR STAMPEd FiLE copy ANd CASE NumbER
5. CERTiFiCATE oF SERViCE

PLEASE wRiTE iF you HAVE ANy quESTioNS.

CLARENCE LEE EL
18414180
P.O. Box 1617
EdEN TEXAS
     76837

AFFIDAVIT OF COMPLAINT

My NAME is CLARENCE LEE EL I AM iNCARSERATEd iN
EdEN CORRECTiONAL FACILITy, ON THE 21 OF MAy A
FiGHT bROKE ouT ON THE yARd, ON THE WEiGHT piLE WiCH
LEAd To THE SOCCER FiELd, WiCH LEAd To dORM G SOUTH.
I AM Lodged iN dORM A WHicH is THE dORM THAT WAS
OUT FOR yARd TiME, WHEN NEWS CONCERNiNG THE FiGHT
goT To A dORM CONCERNiNG THE WEST TEXAS gANG ANd
THE PAiSA gANG A FiGHT ALMOST bROKE OUT iN THE dORM.
THE OFFiCER THAT WAS iN THE LEFT OUT OF THE dORM
LEAViNG ON ONE OF AuTHORiTy iN THE dORM FOR AbOUT 45
MiNuTES To A HouR. SgT. COMPTON CAME iN THE dORM ANd
RAN To geT A SPEAKER FOR THE PAiSA gANG A TOOK HiM
To THE yARd iN HopES OF geTTiNG THE SiTUATiON iN CONTROL,
ONCE AgAiN LEAViNG THOSE OF US LEFT iN THE dORM WiTH
NO OFFiCERS ARE ANyONE OF AuTHORiTy To OVERSEE US,
AbOUT 20 To 30 MiNUTES LATER THE SPEAKER FOR THE
WEST TEXAS gANG ANd THE PAiSA gANG CAME bACK
FROM THE yARd SAyiNG EVERyTHiNG is SETTLEd ANd O.K.,
AbOUT 30 MiNUTES LATER THEy STARTEd bRiNG THE pEopLE
iNVOLVEd iN THE FiGHT bACK iN THE dORM TEN AT A TiME,
AFTER EVERyONE WAS bACK iN THE dORM AbOUT 30
MiNUTES LATER THE RiOT bROKE OUT. THE ELdERS HouSEd
iN THE dORM ARE AT THE FRONT, THE FiRST TWO podS,

(1)

I was Housed in pod 2 with Two oTHER ELders
Tony ANTHony JoHNSoN (64) 37946177 myseLF CLARENCE
LEE EL (66) 18414180, FEDERICO DELoS SoNTos (60) wiTH
HEART CoNdiTiON 37040480, JuAN REyes (50) 51158509,
AdALbERTo CRuz SATANA (67) 03353131, iN A wHEEL
CHAiR wAS sprAyed wiTH mAse And sHoT wiTH A pEpER
gun, HE is AsmATic, JosE LumbERTo VAsquEz 53871177
iN A wHEEL cHAiR, And JEsus GonzALes CALdERoN iN
A wHEEL cHAiR, HAs HAd Two sTRoKEs sincE iNCARsERATed,
HAs HigH Risk medicAL coNdiTioNs, wE wERE iN THE
FiRST Two pods iN THE FRoNT oF THE buiLdiNg wHEN THE
oFFicERs ENTERed THE buildiNg wiTH No REgARd FoR THE
sAFETy oF THE ELdERs, THEy sprAyed so mucH mAse iT
LEFT A THiCK yELLow cLoud iN THE AiR, I sTood AT THE
door bAngiNg oN iT yELLiNg I cANT bREATHE uNTiL I
ALmosT pAssEd ouT LooKing iN THE EyEs oF THE oFFiERs
ouT side, wHEN THEy FiNALy opEN THE door pEoplE bEHiNd
mE TRying To gET To AiR pusHEd mE HALF wAy THRougH
THE door, THE oFFicERs ouT side bEgiNNiNg AsouLTiNg mE
by KicKiNg And puNcHiNg mE uNTiL I FELL To THE grouNd
THEN I wAs cuFFED And LEFT oN THE grouNd uNTiL I
REgAiN my sENsEs And wAs AbLE To cATcH my brEATH. THE
probLEm wiTH THE sAFETy And sEcuRiTy wHicH puT ouR LiFE
iN dAngER is THE wAy SgT. CompToN And sTAFF pERsoNEL
HANdE THis siTuATioN, LEAViNg iNmATes uNATTENdEd

depending on inmates to get control of the situation, and bringing the ones who started the fight back in the same dorm together to start a riot. Between the OC, mase and the CS, gas bomb and the amount used my breathing, lungs and senses have been effected along with chemical burns to my body and skin with no medical treatment, or change of clothes for four days. I spoke to a officer who wish not to disclose his idenity that was effected by the tremendous amount of OC, mase and CS, gas bomb, the use of gas was so heavy it liquidfied in his mask. Futhermore I feel that my life is still in danger for I am still being housed where there is tremendous tention building each day from rival gang memebers each day, moreover the treat is still present although the larger gang know as the Paisas have been housed in a seperate unit. For the safety of Elders such as myself and others with underline conditions, should be housed safer in an envirement not among hostility. I am a foreign national Clarence Lee El being held under fraud and lack of jurisdication under the United States Corperate 14th Amendment chattel entity all capital letter name CLARENCE LESTER LEE.

See writ of Quo Warranto, writ of Habeas Corpus
          writ of Mandamus

WITNESS: _Clarence Lee El_
WITNESS: _____

By: /S/ Clarence Lee El
          18414180
          06/28/22

SHARON K WATSON
Notary ID #132564027
My Commission Expires
July 10, 2024

(3)

EXHIBIT (A)

## Sworn Affadvit

I Antonius Arline 18473509 and I was a witness and victim of this last riot that happened in Eden Detention Center on May 21, 2022 and the previous one back in July or August of 2021 and on both occasions when the officers came in they only recorded and used CS gas bombs and OC pepper spray used by the military on one side of Dorm A and after the incident in May they housed all of us in the gym for the night with no shower with our skin full of CS and OC spray they had over 100 inmates in the gym with 1 toilet, urinal, and 1 sink with a inch of water on the floor in the restroom which activated the chemicals we had on us even more I guess the water came from a leak from one of the 3 items in the restroom while the other party from the riot got housed in a dorm with AC and was able to shower while taking things out of people property that was inside the gym and we slept on the gym floor getting bite by insects we werent able to take showers and got housed until 10 p.m. the following night this is the 2nd time my life has been in danger while being at Eden during my 13 months at this facility. On May 21 I walked out of the restroom in Dorm A and got hit with a bowl with something in it in the head and right after getting hit I got sprayed in my eyes and mouth while people were trying to get out the way in the restroom (CO) they also sprayed the CS and OC into the restroom ventilation system my eyes and skin burnt for 3 days I witnessed old and young guys on the floor and having to be carried out the dorm from so much spray they left us in the dorm for over an hour alone after they sprayed ~~and outside a hour~~ and a half before they ~~spead~~ sprayed with the other party.

SHARON K WATSON
Notary ID #132564027
My Commission Expires

Sharon D—6/16/22





Vizier of the Morocco Consular Court
at the Ouragan state republic

JUN 0 1 2021

FILED

Certified Copy





# Moorish National Republic Federal Government
## Moorish Divine and National Movement of the World
### Northwest Amexem / Northwest Africa / North America / 'The North Gate'
### And adjoining Americana Islands

~ ℘ Temple of the Moon and Sun ℘ ~

~ ℘Societas Republicae Ea Al Maurikanos ℘ ~

~ ℘    The True and De jure Natural People "Heirs of the Land"    ℘ ~

℘~ I.S.L.A.M. ~℘

## Morocco Consular Court
**Maghrib al Aqsa, North – West Amexem, to wit:**
**Affidavit of Truth and Fact**
**International Document**

**I HEREBY CERTIFY** that the foregoing is a full, true and correct copy of:
**(1) Lawful Notice of Appellation Declaration, Correction, Proclamation and
Publication; (2) Judicial Notice and Proclamation; and, a (3) Writ of Quo Warranto**

and are Affidavit(s) of Evidence and Information [Exhibit A, B, & C] Entered on (Date) June 1, 2021, in
the matter of (Case Number) **SA-19-cr-842-DAE** was truly taken and copied, from the record of
proceeding in Morocco Consul Court at the ___Ouragon / Oregon___ (State) Republic in the
aforementioned case.

In Testimony, wherefore I have affixed signature of Vizier / Judge / Consul of Morocco Consular Court
at the Ouragon / Oregon (State) Republic as the 20th **day**, of Shawwal **(month)**, **(Year)** 1442 M.C.Y.,
June 1st 2021 C.C.Y.];autograph affixed:  22 Shawwal, 1442 Moorish Calendar Year (M.C.Y.).

I Am *Pitts- London Bey: RuThee*

**Vizier / Judge / Minister / Consul** / All Rights Reserved and retained
RuThee Pitts-London Bey
Morocco Consular Court Clerk
[2205 N. Lombard Street, Suite 102, Portland, Oregon d 07211 ]
Mailing Location: c/o P.O. Box 11002
Near.  Portland, Oregon Republic.  [ZIP EXEMPT]




Exhibit: A

David Alan Ezra, (acting as) Administrative officer
And All other, (acting as) Administrative officer
IN THE UNITED STATES DISTRICT COURT (Inc.)
FOR THE WESTERN DISTRICT OF TEXAS SAN ANTONIO DIVISION (Inc.)
Eric Yuen, (acting as) Assistant U.S. Attorney
Merrick Garland, Attorney General
THE CLERK, U.S. DISTRICT COURT
Western District of Texas, John H. Wood Jr., U.S. Courthouse
655 East Cesar E. Chavez Boulevard
San Antonio, Texas Republic [Near. 78206-1106]

Cc;
Joe Gonzales, (acting as) Bexar county District Attorney
Ken Paxton, Texas (acting as) Attorney General
And All other acting Attorney's and Agents
Ruth R. Hughes, (acting as) Secretary of State of Texas
Greg Abbott, (acting as) Governor of State of Texas
Ashlely C. Hoff, (acting as) United State Attorney

Re: Misrepresented Instruments – Bills of Attainder / Bills of Exchange / Case no.
5-19-CR-00842-DAE,

IN THIS COLORABLE ACTION, David Alan Ezra, And All other, (acting as) Administrative
officers CO-CONSPIRATORS, IN THE UNITED STATES DISTRICT COURT (Inc.)
FOR THE WESTERN DISTRICT OF TEXAS SAN ANTONIO DIVISION (Inc.)
and having been served with process at their current address the affidavit of Fact: Averment of

Jurisdiction – Quo Warranto [Exhibit A] and was that proof of jurisdiction and evidence of Article

III delegation of authority, along with certain documentation was to be produced under the 'Rules

of Discovery' for Clerance Lee El, by his special appearance in this action under protest as

authorized representative, ex rel. CLARENCE LESTER LEE, to make a physical inspection in

order to prevent exercise of powers by color of authority that are not conferred by law, and

enabled the allege Defendant to verify and witness the same in order to prepare a defense. The

above persons were advised to provide the evidence and information for the record within three

(3) days from their receipt.

Per the Morocco Consul Court Sharif as being a True Correct Copy from the record and hand stamped delivered copies, the Affidavit of Fact: Averment of Jurisdiction – Quo Warranto [Exhibit A] was received by the (acting as) Clerk for THE CLERK, U.S. DISTRICT COURT (Inc.) and/or any and all abbreviations or variations, on or about, 4/5/2021 and by the Eric Yuen, (acting as) Assistant U.S. Attorney
, on or about 6/7/2021 and by any other responsible parties with dates and/or validated by hand delivery of Marilyn Marie Rhodes and witnesses. Deadline to answer was 6/10/2021, at the latest. See the attached Exhibit A – copy of hand delivered and receipt by mail documents by Affidavit of Service and on record. In additional, the is a public file at
https/www.scribd.com/document/512340634/At-the-Ouragon-State-Republic.

The above persons have failed to answer which constitutes default, and an entry of the Affidavit of Fact: Default Judgement [Exhibit A] having been entered herein on or about as entered into the record, for the dismissal with prejudice of case number 5-19-CR-00842-DAE forthwith for lack of jurisdiction; $34,429,500.00 for compensatory damages which includes punitive damages. Per (Any assessed fees etc. and delivery and/or mail receipts), the Affidavit of Fact: Default Judgement [Exhibit A], and service information and witnesses of delivery, and hand stamped delivered copies, the Affidavit of Fact: Averment of Jurisdiction – Quo Warranto [Exhibit A] was received by the IN THE UNITED STATES DISTRICT COURT (Inc.) FOR THE WESTERN DISTRICT OF TEXAS SAN ANTONIO DIVISION (Inc.) on or about (date) (and/or as hand delivered). and by the Clerk for THE CLERK, U.S. DISTRICT COURT, on or about (date) and/or as hand delivered) and by any other responsible parties with dates and/or delivered. Deadline to answer was (6/10/2021), at the latest. See the attached Exhibit A – copy of delivered documents were received and certified copy from the record is included. See attached Exhibit B –

   Wherefore, the following is clear beyond reasonable doubt by prima facie evidence:
 1)  The alleged accused person in this colorable action has not been properly identified, and identified in such a fashion and manner that there is no possibility for false or mistaken identity. The alleged accused/defendant is identified as CLARENCE LESTER LEE, _____
(Race Black/African-American) constitutes false identity, misrepresentation, denationalization, and fraud. See Exhibits B1 – copy of Allodial American National Identity Card; Exhibits B2 – The Morocco Empire treaty of Peace and Friendship 1836; Exhibit B3 – the Constitution For the United States of America North Continent 1787 and Exhibit B5 – the copy of the United Nations Declaration on the Rights of Indigenous Peoples and
 2)  Charging document case 5-19-CR-00842-DAE are collusive actions taken under color of [state] law against the fictitious/corporate stateless person CLARENCE LESTER LEE, _____
   (Race Black/African-American) within purview of the 14ᵗʰ Amendment of the United States Constitution and are in the nature of bills of attainder/bills of exchange for the purpose of denationalizing, misrepresenting, and defrauding Clerance Lee El in order to misclassify him under 'Christian Black Codes' (slave laws), as civiliter motuus/civilly dead, and to deprive him of

his constitutional secured rights (.e.g. rights to travel, rights of privacy, personal liberty, etc.) in order to extort him of private corporate commercial paper (Federal Reserve Notes) and Securities (Checks) by way of threat, intimidation, color of authority, and fraud in violation of federal law under Title 18 U.S. Code § 241 – Conspiracy against rights, and § 242 Despivation of rights under color of law. Thus, case 5-19-CR-00842-DAE, and any attachments associated there to are inducements of fraud and are unconstitutional, notwithstanding, null and void ab initio. See attachments Exhibits A, B, B1, B2, B3 (documents copies information attached).

first duly sworn upon affirmation, deposes and say the following took place which led to the kidnapping, hostage holding, and deprivation of the liberty of our Moorish American National Clerance Lee El under color of state law:

1. I am an aboriginal and indigenous Moorish American National of North-West Amexem / North America within the dominions of the Moroccan Empire, and a permanent representative of the Moorish National Republic Federal Government. Our political status and Class A1 Moorish American citizenship as an indigenous sovereign national of North America, as well as our Moorish American National Identification Card and Zodiac Constitution is recognized under registration number AA222141 in the Library of Congress Copyright Office in Washington, District of Columbia, and the United States Department of Justice.

   On or about...(state the facts as to what happened which led to the kidnapping, Burglary-Racketeering, Human trafficking, Treason. Human Right as defined Declaration of Rights of Indegious People, Human Rights of 1956, Trespass, Extortion, Conspiracy to Commit All afore mentioned, De-Nationalization of a National, Fraud, Rico Act 18 U.S.C Chpt 96 Corrupt Organization Violations, etc., see attached)

   WHEREFORE, a Writ of Habeas Corpus Ad Subjiciendum shall issue according to law, directed to Administrative officer and Administrative clerk of the THE UNITED STATES DISTRICT COURT (Inc.) FOR THE WESTERN DISTRICT OF TEXAS SAN ANTONIO DIVISION (Inc.) BEXAR and the Sheriff for BEXAR COUNTY, TEXAS,

commanding that they release our Moorish American National Clerance Lee El without condition or delay in accordance with the 'Supremacy clause' of the United States Republic Constitution Article 6, clause 2; and per Articles 6 and 20 of the Treaty of Peace and Friendship of 1836 between the United States of North America and the Moroccan Empire:

Article 6. If any Moor, not a subject of these dominions, shall make prize of any of the citizens of America or their effects, and bring them to any of the ports of his Majesty, they shall be immediately released, as they will then be considered as under his Majesty's protection.

Article 20. If any of the citizens of the United States, or any persons under their protection, shall have any disputes with each other, the consul shall decide between the parties, and whenever the consul shall require any aid or assistance from our government, to enforce his decisions, it shall be immediately granted to him.

## RES JUDICATA

See **Kolovrat v. Oregon, 366 U. S. 187, 194, 81 S.Ct. 922 (1961)** *("A state cannot refuse to give foreign nationals their treaty rights because of fear that valid international agreements may possibly not work completely to the satisfaction of state authorities. Under the supremacy clause of the United States Constitution Art. VI, clause 2, state policies...must give way to overriding federal treaties and conflicting arrangements.")*

## AFFIDAVIT

I declare and affirm by virtue of Divine Law; under the Zodiac Constitution; and upon the United States Republic Constitution of 1791; and upon the honor of my Foremothers and Forefathers that the foregoing Writ of Mandamus and Affidavit is true and correct.

Executed this ___16___ day of ___JUNE___. ~~2021~~. 2022

*Clarence Lee El*

Affiant: Clerance El, De Jure
A free Moor, In Propria Persona, Sui Juris
Authorized Representative.
On Behalf of Clerance Lee El.
Authorized Representative, Ex Rel.
CLARENCE LESTER LEE :
All Rights Reserved.

Maghrib al Aqsá.

North-West Amexen.

Duly subscribed and affirmed on this _____ day of _____, 1442 M.C.Y. [C.C.Y. 2021], before me, a Vizir officer [Judge] of the Moorish National Republic Federal Government.

WITNESS my hand and official seal:

Seal

Signature: *Clarence Lee El.*

Appellation (printed): _CLARENCE LEE EL_

Affidavit of Fact

Certificate of Service

Page 6 of 7

Affidavit of Fact

Certificate of Service

I, *Clarence Lee El*, hereby certify that on this **16** day of

*June*, ~~2021,~~ 2022 the enclosed Affidavit of Fact: Writ of Quo Warranto [Exhibit: A]

was sent via hand delivery to the following recipient:

PHILIP J. DEZLIN, (acting as) Administrative clerk
IN THE UNITE STATES DISTRICT COURT (Inc.) FOR THE WESTERN DISTRICT OF
TEXAS SAN ANTONIO DIVISION (Inc.)

THE CLERK, U.S. DISTRICT COURT
Western District of Texas, John H. Wood Jr., U.S. Courthouse
655 East Cesar E. Chavez Boulevard
San Antonio, Texas Republic [Near. 78206-1106]

*Clarence Lee El*

All Rights Reserved.

SHARON K WATSON
Notary ID #132564027
My Commission Expires
July 10, 2024

6/16/22

C.C.:  Ken Paxton, Texas (acting as) Attorney General
       And All other acting Attorney's and Agents
       Greg Abbott, (acting as) Governor of State of Texas
       Antony Blinken, United States Secretary of State
       Merrick Garland, United States Attorney General
       T. Michael O'Connor - United State Marshal Southern District of Texas
       Michelle Bachelet, United Nations High Commissioner for Human Rights
       Embassies and Consulates of the International Community and other interested persons
       ENFORCE THE CONSTITUTION organization

Aboriginal and Indigenous Peoples' Documents: Northwest Amexem / Northwest Africa / North America / 'The North Gate' - The Moroccan Empire -
Continental United States; Temple of the Moon and Sun'; Non - Domestic, Non - Resident, Non – Subject;
Moors - Muurs - Being the Rightful Heirs and Primogeniture Birthright - Inheritors of the Land

Page 7 of 7

REQUEST FOR A STAMPED
FILED COPY


I Clarence Lee El REQUEST THAT THIS pROViDE mE
WITH A STAmpED FiLEd copy ANd CASE NumbER oF ALL
FOREgOiNg documENTS.


By: /S/ Clarence Lee El
18414180

CERTIFICATE OF SERVICE

I CLARENCE LEE EL CERTIFY ON JUNE 16, 2022 THE FOREGOING document WAS FiLed THROUGH ViA CERTIFIED FIRST CLASS MAIL TO THE UNITED STATES FEDERAL DisTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS AND ALSO TO KEN PAXTON ATTORNEY GENERAL, LyLE W. CAyCE CLERK OF THE FIFTH COURT OF APPEALS, OMNIbusMAN, NELSON LinDER PRESIDENT NAACP.

SHARON K WATSON
Notary ID #132564027
My Commission Expires
July 10, 2024

6/16/22

WITNESS:

WITNESS: Clarence Lee El

Grievance No.: EXHIBIT                                                14-5B

## INMATE/RESIDENT GRIEVANCE

| FULL NAME: | CLARENCE LEE | |
|---|---|---|
| NUMBER: | 1841480 | HOUSING ASSIGNMENT: A dorm |

INFORMAL RESOLUTION ATTACHED (Not required for an emergency grievance)?  ☐ YES  ☐ NO

**GRIEVANCE CATEGORY (CIRCLE ONE):**

| 1. Facility Staff | 8. Dental Services | 15. Housing |
|---|---|---|
| 2. Access to Legal Materials | 9. Mental Health Services | 16. Laundry |
| 3. Denied Access to Informal Resolution/Grievance Process | 10. Trust Account | 17. Recreation |
| 4. Reprisal for Using Informal Resolution/Grievance Process | 11. Commissary | 18. Visitation |
| 5. Safety/Security | 12. Food Service | 19. Programs-education, work, religious, etc. |
| 6. Sanitation | 13. Mail | 20. Violations of federal or state regulations, laws, court decisions (i.e. ADA or Constitutional rights) |
| 7. Medical Services | 14. Intake | 21. Other |

**STATE GRIEVANCE:** (Include documentation, witnesses, date of incident, and any other information pertaining to the grievance subject. Attach additional pages if necessary).

ON May 21 A Fight broke out during yard Time For A dorm because of This Fight another Fight broke out in G south dorm, Those of us That did not go to yard were Left i A dorm with no officers in the dorm For 45 minutes to a hour, in This Time another Fight almost broke out. Sgt. Compton came in the dorm and got the speaker For the Paisa and went back to the yard with them once again leaving those of us that did not go to yard with no officers at all in the dorm about another 45 minutes to a Hour, when the speakers came back in the dorm They said everything was settled, They brought everyone involved in The Fight back in the dorm about 20 to 30 minutes Lated a Riot broke out. At the front of the building the First two pods is were the Elders are Housed. The officers entered and started building with no regard For moving the Elders and started spraying mase. The Fight was in the middle of The building The First Half was clear so mus It mase was sprayed it Left

**Requested Action:** (Attach additional pages if necessary)

I request That the Federal Grievance Department be notified along with the Federal marshals and For Elderly not to be Housed in gang related activity. The officers Them selfs put the elders in a Life Threatning situations by officers who are suppose To serve and protect

Inmate/Resident's Signature: _Clarence Lee El_    Date Submitted: _5/24/22_

A yellow cloud in the first half of the building. I Clarence Lee am 66 years old some of the other elders tried to get out of the open door for air, the officers out side sprayed and started hitting the elders who were trying to get out of harms way, the door was shut on me, I stood at the door yelling I can't breath until I almost passed out, when the door was opened I fell through it being pushed by others trying to get air, and was hit, kicked and sprayed with mase by officers out side, my life was put in danger by the officers, four other elderly men in wheel chairs lifes were put in danger, one with asthma was kept long after I got out He was sprayed with mase and shot with a bean bag gun Adalberto Cruz Santana 03353131 67 years old. I talked to Sgt. Campton and ask him why we were left in the dorm alone with no officers for 45 minutes to an hour, he said His officers life was more important than the 60 to 80 people who were left in a hostile violent deadly situation, our lifes being in danger with no help from officers being paid to protect and serve.

ALL LIVES MATTER !!!

I do HAVE wittness to
Sgt. Compton statement

REQUEST FOR RESPONSE FOR ALL
FOREGOING documents RECIEVED

UPON RECIEVING THIS document I REQUEST A WRITTEN
ANSWER TO ALL FOREGING documents MAILED OUT VIA
CERTIFIED AND FIRST CLASS MAIL, RECIEVED ON OR bEFORE
JUNE 18 - 28 IN REGARDS TO ALL PAPER WORK AND
ATTACHMENTS. YOU HAVE 21 business dAYS TO RESPOND OR
REbuTT, ARE bE puT INTO DEFAULT, AND THE SENDER will
REQUEST A judgMENT bE ENTERED AGAINST you IN
FAVOR OF THE pLAINTIFF.

THANK you FOR your TIME IN REGARDS
TO THIS mATTER.

By: /S/ Clarence Lee El

WISTNESS: Clarence Lee El
WISTNESS: _____



SHARON K WATSON
Notary ID #132564027
My Commission Expires
July 10, 2024

6/ 20) 22

COVER LETTER

DEAR CLERK OF THE COURT

I CERTIFY THAT THIS IS THE EXACT COPY AND BRIEF OF ALL FOREGOING documents, ARE BEING SENT FOR YOUR INFORMATION ONLY:

1. AFFIDAVIT OF COMPLAINT
2. EXHIBIT (A)
3. WRIT OF QUO WARRANTO AND WRIT OF MANDANMUS
4. REQUEST FOR STAMPED FILE COPY AND CASE NUMBER
5. CERTIFICATE OF SERVICE

PLEASE WRITE IF YOU HAVE ANY QUESTIONS.

CLARENCE LEE EL
18414180
P.O. BOX 1617
EDEN TEXAS
76837

## AFFIDAVIT OF COMPLAINT

My name is CLARENCE LEE EL I AM incarserated in Eden Correctional Facility, On THE 21 OF May A Fight broke out on THE yard, on THE weight pile wich Lead To THE soccer Field, wich Lead To dorm G South. I Am Lodged in dorm A which is THE dorm THAT was out For yard Time, when news concerning THE Fight got To A dorm concerning THE west Texas gang And THE Paisa gang a Fight almost broke out in THE dorm. THE officer THAT was in THE LEFT out of THE dorm Leaving on one of Authority in THE dorm For About 45 minutes To a Hour. Sgt. Compton came in THE dorm And ran To get A speaker For THE Paisa gang a Took Him To THE yard in Hopes of getting THE situation in control, once again Leaving THOSE of us LEFT in THE dorm with no officers Are Anyone of Authority To oversee us, About 20 To 30 minutes Later THE speaker For THE west Texas gang and THE Paisa gang came back From THE yard saying everything is settled And O.K., about 30 minutes Later THEy started bring THE people involved in THE Fight back in THE dorm TEN AT a Time, AFTER everyone was back in THE dorm About 30 minutes Later THE riot broke out. THE Elders Housed in THE dorm Are AT THE Front, THE First Two pods,

I was Housed in pod 2 with Two other Elders
Tony Anthony Johnson (64) 37946177 myself Clarence
Lee El (66) 18414180, Federico Delos Sontos (60) with
Heart condition 37040480, Juan Reyes (50) 51158509,
Adalberto Cruz Satana (67) 03353131, in a wheel
chair was sprayed with mase and shot with a peper
gun, He is asmatic, Jose Lumberto Vasquez 53871177
in a wheel chair, and Jesus Gonzales Calderon in
a wheel chair, Has Had Two strokes since incarserated
Has Hight risk medical conditions, we were in the
first Two pods in the front of The building when the
officers entered the building with no regard for the
safety of the Elders, they sprayed so much mase it
Left a Thick yellow cloud in the air, I stood at the
door banging on it yelling I cant breathe until I
almost passed out Looking in the eyes of the offiers
out side, when they finaly open the door people behind
me Trying to get to air pushed me half way Through
the door, The officers out side beginning asoulting me
by kicking and punching me until I fell to the ground
Then I was cuffed and Left on The ground until I
regain my senses and was able to catch my breath. The
problem with the safety and security which put our Life
in danger is the way Sgt. Compton and staff personel
Hande This situation, Leaving inmates unattended

(2)

depending on inmates to get control of the situation, and bringing the ones who started the fight back in the same dorm together to start a riot. Between the OC, mase and the CS, gas bomb and the amount used my breathing, lungs and senses have been effected along with chemical burns to my body and skin with no medical treatment, or change of clothes for four days. I spoke to a officer who wish not to disclose his idenity that was effected by the tremendous amount of OC, mase and CS, gas bomb, the use of gas was so heavy it liquidfie in his mask. Futhermore I feel that my life is still in dange for I am still being housed where there is tremondous tention building each day from rival gang memebers each day, moreover the treat is still present although the larger gang know as the Paisas have been housed in a seperate unit. For the safety of elders such as myself and others with under line conditions, should be housed safer in an envirement not among hostility. I am a foreign national CLARENCE LEE EL being held under fraud and lack of jurisdication under the United States Corperate 14TH Amendment chattel entity all capital letter name CLARENCE LESTER LEE.

SEE WRIT OF QUO WARRANTO, WRIT OF HABEAS CORPUS
WRIT OF MANDAMUS

WITNESS: _Clarence Lee El_
WITNESS: _____

By: /S/ _Clarence Lee El_

18414180

06/28/22

SHARON K WATSON
Notary ID #132564027
My Commission Expires
July 10, 2024

(3)

EXHIBIT (A)

# Sworn Affadvit

I Antonius Arline 18473509 and I was a witness and victim of this last riot that happened in Eden Detention Center on may 21, 2022 and the previous one back in July or August of 2021 and on both occasions when the officers came in they only recorded and used CS gas bombs and OC pepper spray used by the military on one side of Dorm A and after the incident in may they housed all of us in the gym for the night with no shower with our skin full of CS and OC spray they had over 100 inmates in the gym with 1 toilet, urinal, and 1 sink with a inch of water on the floor in the restroom which activated the chemicals we had on us even more I guess the water came from a leak from one of the 3 items in the restroom while the other party from the riot got housed in a dorm with AC and was able to shower while taking things out of people property that was inside the gym and we slept on the gym floor getting bit by insects we werent able to take showers and got housed antil 10 p.m. the following night this is the 2nd time my life has been in danger while being at Eden during my 13 months at this facility. On may 21 I walked out of the restroom in Dorm A and got hit with a bowl with something in it in the head and right after getting hit I got sprayed in my eyes and mouth while people were trying to get out the way in the restroom (CO) they also sprayed the cs and oc into the restroom ventilation System my eyes and skin burnt for 3 days I witnessed old and young guys on the floor and having to be carried out the dorm from so much spray. they left us in the dorm for over an hour alone after they sprayed ~~and saturate a time~~ and a half before they ~~spelt~~ sprayed with the other party.

SHARON K WATSON
Notary ID #132564027
My Commission Expires

Signed D - 6/10/22





Visit of the Morocco Consular Court
at the Ouragan state republic

JUN 0 1 2021

FILED

Certified Copy




# Moorish National Republic Federal Government
## Moorish Divine and National Movement of the World
### Northwest Amexem / Northwest Africa / North America / 'The North Gate'
### And adjoining Americana Islands

~ ∽ Temple of the Moon and Sun ∽ ~

~ ∽ Societas Republicae Ea Al Maurikanos ∽ ~

~ ∽ The True and De jure Natural People "Heirs of the Land" ∽ ~

∽~ I.S.L.A.M. ~∽

---

**Morocco Consular Court**
**Maghrib al Aqsa, North – West Amexem, to wit:**
**Affidavit of Truth and Fact**
**International Document**

I HEREBY CERTIFY that the foregoing is a full, true and correct copy of:
(1) Lawful Notice of Appellation Declaration, Correction, Proclamation and
Publication; (2) Judicial Notice and Proclamation; and, a (3) Writ of Quo Warranto

and are Affidavit(s) of Evidence and Information [Exhibit A, B, & C] Entered on (Date) <u>June 1, 2021</u>, in
the matter of (Case Number) <u>SA-19-cr-842-DAE</u> was truly taken and copied, from the record of
proceeding in Morocco Consul Court at the <u>Ouragon / Oregon</u> (State) Republic in the
aforementioned case.

In Testimony, wherefore I have affixed signature of Vizier / Judge / Consul of Morocco Consular Court
at the Ouragan / Oregon (State) Republic as the 20th day, of Shawwal (month), (Year) 1442 M.C.Y.,
June 1st 2021 C.C.Y.];autograph affixed: 22 Shawwal, 1442 Moorish Calendar Year (M.C.Y.).

I Am *Pitts-London Bey: RuThee*
 
Vizier / Judge / Minister / Consul / All Rights Reserved and retained
RuThee Pitts-London Bey
Morocco Consular Court Clerk
[2205 N. Lombard Street, Suite 102, Portland, Oregon 97211 ]
Mailing Location: c/o P.O. Box 11002
Near. Portland, Oregon Republic. [ZIP EXEMPT]




Exhibit: A

David Alan Ezra, (acting as) Administrative officer
And All other, (acting as) Administrative officer
IN THE UNITED STATES DISTRICT COURT (Inc.)
FOR THE WESTERN DISTRICT OF TEXAS SAN ANTONIO DIVISION (Inc.)
Eric Yuen, (acting as) Assistant U.S. Attorney
Merrick Garland, Attorney General
THE CLERK, U.S. DISTRICT COURT
Western District of Texas, John H. Wood Jr., U.S. Courthouse
655 East Cesar E. Chavez Boulevard
San Antonio, Texas Republic [Near. 78206-1106]

Cc;
Joe Gonzales, (acting as) Bexar county District Attorney
Ken Paxton, Texas (acting as) Attorney General
And All other acting Attorney's and Agents
Ruth R. Hughes, (acting as) Secretary of State of Texas
Greg Abbott, (acting as) Governor of State of Texas
Ashlely C. Hoff, (acting as) United State Attorney

Re: Misrepresented Instruments – Bills of Attainder / Bills of Exchange / Case no.
5-19-CR-00842-DAE,


IN THIS COLORABLE ACTION, David Alan Ezra, And All other, (acting as) Administrative
officers CO-CONSPIRATORS, IN THE UNITED STATES DISTRICT COURT (Inc.)
FOR THE WESTERN DISTRICT OF TEXAS SAN ANTONIO DIVISION (Inc.)
and having been served with process at their current address the affidavit of Fact: Averment of
Jurisdiction – Quo Warranto [Exhibit A] and was that proof of jurisdiction and evidence of Article
III delegation of authority, along with certain documentation was to be produced under the 'Rules
of Discovery' for Clerance Lee El, by his special appearance in this action under protest as
authorized representative, ex rel. CLARENCE LESTER LEE, to make a physical inspection in
order to prevent exercise of powers by color of authority that are not conferred by law, and
enabled the allege Defendant to verify and witness the same in order to prepare a defense. The
above persons were advised to provide the evidence and information for the record within three
(8) days from their receipt.

Per the Morocco Consul Court Sharif as being a True Correct Copy from the record and hand stamped delivered copies, the Affidavit of Fact: Averment of Jurisdiction – Quo Warranto [Exhibit A] was received by the (acting as) Clerk for THE CLERK, U.S. DISTRICT COURT (Inc.) and/or any and all abbreviations or variations, on or about, 4/5/2021 and by the Eric Yuen, (acting as) Assistant U.S. Attorney
, on or about 6/7/2021 and by any other responsible parties with dates and/or validated by hand delivery of Marilyn Marie Rhodes and witnesses. Deadline to answer was 6/10/2021, at the latest. See the attached Exhibit: A – copy of hand delivered and receipt by mail documents by Affidavit of Service and on record. In additional, the is a public file at
https://www.scribd.com/document/512340684/At-the-Ouragon-State-Republic.

The above persons have failed to answer which constitutes default, and an entry of the Affidavit of Fact: Default Judgement [Exhibit A] having been entered herein on or about as entered into the record, for the dismissal with prejudice of case number 5-19-CR-00842-DAE forthwith for lack of jurisdiction; $34,429,500.00 for compensatory damages which includes punitive damages. Per (Any assessed fees etc. and delivery and/or mail receipts), the Affidavit of Fact: Default Judgement [Exhibit A], and service information and witnesses of delivery, and hand stamped delivered copies, the Affidavit of Fact: Averment of Jurisdiction – Quo Warranto [Exhibit A] was received by the IN THE UNITED STATES DISTRICT COURT (Inc.) FOR THE WESTERN DISTRICT OF TEXAS SAN ANTONIO DIVISION (Inc.) on or about (date) (and/or as hand delivered). and by the Clerk for THE CLERK, U.S. DISTRICT COURT, on or about (date) and/or as hand delivered) and by any other responsible parties with dates and/or delivered, Deadline to answer was (6/10/2021), at the latest. See the attached Exhibit: A – copy of delivered documents were received and certified copy from the record is included. See attached Exhibit B –

    Wherefore, the following is clear beyond reasonable doubt by prima facie evidence:
1) The alleged accused person in this colorable action has not been properly identified, and identified in such a fashion and manner that there is no possibility for false or mistaken identity. The alleged accused/defendant is identified as CLARENCE LESTER LEE, _____
(Race Black/African-American) constitutes false identity, misrepresentation, denationalization, and fraud. See Exhibits B1 – copy of Allodial American National Identity Card; Exhibits B2 – The Morocco Empire treaty of Peace and Friendship 1836; Exhibit B3 – the Constitution For the United States of America North Continent 1787 and Exhibit B5 – the copy of the United Nations Declaration on the Rights of Indigenous Peoples and
2) Charging document case5-19-CR-00842-DAE are collusive actions taken under color of [state] law against the fictitious/corporate stateless person CLARENCE LESTER LEE, _____
    (Race Black/African-American) within purview of the 14th Amendment of the United States Constitution and are in the nature of bills of attainder/bills of exchange for the purpose of denationalizing, misrepresenting, and defrauding Clerance Lee El in order to misclassify him under 'Christian Black Codes' (slave laws), as civiliter motuus/civilly dead, and to deprive him of

his constitutional secured rights (.e.g. rights to travel, rights of privacy, personal liberty, etc.) in order to extort him of private corporate commercial paper (Federal Reserve Notes) and Securities (Checks) by way of threat, intimidation, color of authority, and fraud in violation of federal law under Title 18 U.S. Code § 241 – Conspiracy against rights, and § 242 Despivation of rights under color of law. Thus, case 5-19-CR-00842-DAE; and any attachments associated there to are inducements of fraud and are unconstitutional, notwithstanding, null and void ab initio. See attachments Exhibits A, B, B1, B2, B3 (documents copies information attached).

first duly sworn upon affirmation, deposes and say the following took place which led to the kidnapping, hostage holding, and deprivation of the liberty of our Moorish American National Clerance Lee El under color of state law:

1. I am an aboriginal and indigenous Moorish American National of North-West Amexem / North America within the dominions of the Moroccan Empire, and a permanent representative of the Moorish National Republic Federal Government. Our political status and Class A1 Moorish American citizenship as an indigenous sovereign national of North America, as well as our Moorish American National Identification Card and Zodiac Constitution is recognized under registration number AA222141 in the Library of Congress Copyright Office in Washington, District of Columbia, and the United States Department of Justice.

   On or about...(state the facts as to what happened which led to the kidnapping, Burglary-Racketeering, Human trafficking, Treason, Human Right as defined Declaration of Rights of Indegious People, Human Rights of 1956, Trespass, Extortion, Conspiracy to Commit All afore mentioned, De-Nationalization of a National, Fraud, Rico Act 18 U.S.C Chpt 96 Corrupt Organization Violations, etc., see attached)

   WHEREFORE, a Writ of Habeas Corpus Ad Subjicicudum shall issue according to law, directed to Administrative officer and Administrative clerk of the THE UNITED STATES DISTRICT COURT (Inc.) FOR THE WESTERN DISTRICT OF TEXAS SAN ANTONIO DIVISION (Inc.) BEXAR and the Sheriff for BEXAR COUNTY, TEXAS,

commanding that they release our Moorish American National Clerance Lee El without condition or delay in accordance with the 'Supremacy clause' of the United States Republic Constitution Article 6, clause 2; and per Articles 6 and 20 of the Treaty of Peace and Friendship of 1836 between the United States of North America and the Moroccan Empire:

Article 6. If any Moor, not a subject of these dominions, shall make prize of any of the citizens of America or their effects, and bring them to any of the ports of his Majesty, they shall be immediately released, as they will then be considered as under his Majesty's protection.

Article 20. If any of the citizens of the United States, or any persons under their protection, shall have any disputes with each other, the consul shall decide between the parties, and whenever the consul shall require any aid or assistance from our government, to enforce his decisions, it shall be immediately granted to him.

## RES JUDICATA

See Kolovrat v. Oregon, 366 U. S. 187, 194, 81 S.Ct. 922 (1961) ("A state cannot refuse to give foreign nationals their treaty rights because of fear that valid international agreements may possibly not work completely to the satisfaction of state authorities. Under the supremacy clause of the United States Constitution Art. VI, clause 2, state policies...must give way to overriding federal treaties and conflicting arrangements.")

## AFFIDAVIT

I declare and affirm by virtue of Divine Law; under the Zodiac Constitution; and upon the United States Republic Constitution of 1791; and upon the honor of my Foremothers and Forefathers that the foregoing Writ of Mandamus and Affidavit is true and correct.

Executed this **16** day of **JUNE** . ~~2021~~. **2022**

*Clarence Lee El*

Affiant: Clerance Lee El, De Jure
A free Moor, In Propria Persona, Sui Juris
Authorized Representative.
On Behalf of Clerance Lee El.
Authorized Representative, Ex Rel.
CLARENCE LESTER LEE :
All Rights Reserved.

Maghrib al Aqṣā.
North-West Amexen.

Duly subscribed and affirmed on this _____ day of _____, 1442 M.C.Y. [C.C.Y. 2021], before me, a Vizir officer [Judge] of the Moorish National Republic Federal Government.

WITNESS my hand and official seal:

Seal

Signature: *Clarence Lee El*

Appellation (printed): CLARENCE LEE EL

Affidavit of Fact
Certificate of Service

Page 6 of 7

Affidavit of Fact

Certificate of Service

I, _Clarence Lee El_, hereby certify that on this _16_ day of

_June_ _,2021,_ ~~2021,~~ the enclosed Affidavit of Fact: Writ of Quo Warranto [Exhibit: A]

was sent via hand delivery to the following recipient:

_PHiLiP J. DEzLiN_, (acting as) Administrative clerk
IN THE UNITE STATES DISTRICT COURT (Inc.) FOR THE WESTERN DISTRICT OF
TEXAS SAN ANTONIO DIVISION (Inc.)

THE CLERK, U.S. DISTRICT COURT
Western District of Texas, John H. Wood Jr., U.S. Courthouse
655 East Cesar E. Chavez Boulevard
San Antonio, Texas Republic [Near. 78206-1106]

_Clarence Lee El_
All Rights Reserved.

SHARON K WATSON
Notary ID #132564027
My Commission Expires
July 10, 2024

_6/16/22_

C.C.:  Ken Paxton, Texas (acting as) Attorney General
And All other acting Attorney's and Agents
Greg Abbott, (acting as) Governor of State of Texas
Antony Blinken, United States Secretary of State
Merrick Garland, United States Attorney General
T. Michael O'Connor - United State Marshal Southern District of Texas
Michelle Bachelet, United Nations High Commissioner for Human Rights
Embassies and Consulates of the International Community and other interested persons
ENFORCE THE CONSTITUTION organization

Aboriginal and Indigenous Peoples' Documents: Northwest Amexem / Northwest Africa / North America / 'The North Gate' - The Moroccan Empire –
Continental United States: 'Temple of the Moon and Sun': Non - Domestic, Non - Resident, Non – Subject;
Moors / Muurs - Being the Rightful Heirs and Primogeniture Birthright - Inheritors of the Land

Page 7 of 7

REQUEST FOR A STAMPED

FILED COPY


I Clarence Lee El REQUEST THAT THIS PROVIDE ME
WITH A STAMPED FILED COPY AND CASE NUMBER OF ALL
FOREGOING documents.

By: /S/ Clarence Lee El
18414180

## CERTIFICATE OF SERVICE

I ﹍CLARENCE LEE EL﹍ CERTIFY ON ﹍JUNE 16, 2022﹍ THE
FOREGOING DOCUMENT WAS FILED THROUGH VIA CERTIFIED
FIRST CLASS MAIL TO THE UNITED STATES FEDERAL DISTRICT
COURT FOR THE WESTERN DISTRICT OF TEXAS AND ALSO TO
KEN PAXTON ATTORNEY GENERAL, LYLE W. CAYCE CLERK
OF THE FIFTH COURT OF APPEALS, OMNIBUSMAN, NELSON
LINDER PRESIDENT NAACP.

SHARON K WATSON
Notary ID #132564027
My Commission Expires
July 10, 2024

6/16/22

WITNESS:

WITNESS: Clarence Lee El

Grievance No.: __ExHibiT__                                    14-5B

## INMATE/RESIDENT GRIEVANCE

| FULL NAME: | CLARENCE LEE | | |
|---|---|---|---|
| NUMBER: | 1891441 80 | HOUSING ASSIGNMENT: | A dorm |

INFORMAL RESOLUTION ATTACHED (Not required for an emergency grievance)?  ☐ YES  ☐ NO

GRIEVANCE CATEGORY (CIRCLE ONE):

| 1. Facility Staff | 8. Dental Services | 15. Housing |
|---|---|---|
| 2. Access to Legal Materials | 9. Mental Health Services | 16. Laundry |
| 3. Denied Access to Informal Resolution/Grievance Process | 10. Trust Account | 17. Recreation |
| 4. Reprisal for Using Informal Resolution/Grievance Process | 11. Commissary | 18. Visitation |
| (5.) Safety/Security | 12. Food Service | 19. Programs, education, work, religious, etc. |
| 6. Sanitation | 13. Mail | 20. Violations of federal or state regulations, laws, court decisions (i.e. ADA or constitutional rights) |
| 7. Medical Services | 14. Intake | 21. Other |

STATE GRIEVANCE (Include documentation, witnesses, date of incident, and any other information pertaining to the grievance subject. Attach additional pages if necessary):

ON May 21 a FighT broke out during yard Time For A dorm
because of This FighT another FighT broke out day of Still A dorm
Those of us that did not go To yard were LeFT in A dorm with no
officers in The dorm For 45 minutes To a hour in This Time another
FighT almost broke out sgt Compton came in The dorm and got
The speakers For The PoDSA and wenT back To The yard with
Them once again LeAving Those of us That did not go To yard
with no officers at all in The dorm about another 45 minutes
To a hour when The speakers came back in The dorm They said
everything was settled they brought everyone in vis leaving in
The FighT back in The dorm about 20 to 30 minutes later a
RioT broke out at The FronT of The building The First four Pods
is where The elders are housed The officers entered the dorm
building with no regard For moving mississ? and
spraying mase The FighT was in The middle of The building
The FirsT HalF was clear so much mase was sprayed in here

Requested Action: (Attach additional pages if necessary):

I requesT That The Federal Grievance Department
be notiFied along with The Federal marshals so the
FeDeral deala? know why inmates are being injured by
The officers Themselves but The elders in a
LiFe Threatening situations as officers who Are
supposed To serve and protect

Inmate/Resident's Signature: __Clarence Lee, El__    Date Submitted: __5/24/22__

A yellow cloud in the first half of the building. I Clarence Lee am 66 years old some of the other elders tried to get out of the open door for air, the officers out side sprayed and started hitting the elders who were trying to get out of harms way. The door was shut on me, I stood at the door yelling I can't breath until I almost passed out, when the door was opened I fell through it being pushed by others trying to get air, and was hit, kicked and sprayed with mase by officers out side, my life was put in danger by the officers, four other elderly men in wheel chairs lifes were put in danger, one with asthma was kept long after I got out He was sprayed with mase and shot with a bean bag gun Adalberto Cruz Santana 03353131 67 years old. I talked To Sgt. Campton and ask him why we were left in the dorm alone with no officers for 45 minutes to an hour, he said His officers life was more important than the 60 to 80 people who were left in a hostile violent deadly situation, our lifes being in danger with no help from officers being paid to protect and serve.

ALL LIVES MATTER !!!

I do HAVE WITNESS To
Sgt. Campton STATEMENT